IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. ~~22-CR-04095~~ 23-cr-4005 |
| Plaintiff, | INFORMATION |
| vs. | **COUNT 1** |
| | 18 U.S.C. § 1343: |
| NATHAN CHRISTIE, | Wire Fraud |
| Defendant. | **COUNT 2** |
| | 18 U.S.C. § 1014: False Statement to a Financial Institution |

**INFORMATION**

The United States Attorney charges:

**Introduction**

At all times relevant to this charging document, defendant Nathan Christie was a resident of Lyon County, Iowa, and was employed by an Indiana-based seed company ("the seed company"). Defendant's duties included promoting and selling seed to seed dealers who in turn, sold the seed to the farmers. Defendant was not authorized to collect payments directly from the farmers. Rather, the seed dealers were responsible for collecting payments from the farmers and, in turn, paying the seed company for the seed sold to the farmers.

1

## The Scheme to Defraud

From about June 1, 2011, through about June 4, 2018, in the Northern District of Iowa and elsewhere, defendant Nathan Christie, knowingly and intentionally devised and executed a scheme and artifice to defraud the seed company and others, and to obtain money and property from the seed company and others by means of materially false and fraudulent pretenses, representations, and promises in the amount of at least $364,893.60 (*i.e.*, the value of the checks the defendant fraudulently deposited into two of his banks and any additional unknown amounts).

## The Manner and Means of the Scheme to Defraud

It was part of the scheme that:

A. Defendant would, bypass the seed dealers, and sell and collect directly from the actual seed planters and cause the seed dealers to provide the seeds without obtaining payment themselves from the planters.

B. Defendant would deposit these payments, including checks, into his own personal accounts, for his own personal use, and would not pay the seed company, or seed dealers, in full.

C. To conceal the fraudulent diversion of funds, defendant used early seed payments to pay overdue seed payments, altered the Grower Point of Sale Records (GPOS) used by the seed dealers and the seed company to manage inventory and billing, making it appear actual planters, with whom defendant had no contact, had ordered and paid for different amounts than they actually had done, and used

2

personal funds to pay past due accounts until seed proceeds came in.

D.  To conceal the scheme, and cover-up the shortfall being experienced by the seed dealers, defendant fraudulently (*i.e.*, by forging his wife's name on documents and misleading bank officials about the purpose of the loans) obtained and maintained an Agriculture Security Agreement for more than $62,076.23 on or about February 23, 2016 and a second mortgage on the family home for more than $350,000.00 on or about February 23, 2016. He used these proceeds, converted pledged collateral, underpinning the loan, for his own use, and paid a $160,000 of proceeds (along with another $32,000 he borrowed against his 401K) to a seed dealer to temporarily conceal the scheme.

## The Execution of the Scheme to Defraud

On or about the date set forth below, in Alvord, Iowa, in the Northern District of Iowa and elsewhere, defendant Nathan Christie for the purpose of executing the scheme to defraud described above, transmitted and caused to be transmitted, by means of wire communications in interstate commerce the signals and sounds described below:

| Count 1 | On or about December 26, 2017 | Defendant presented for cash or deposit, check number 4956 to a bank in Alvord, Iowa, that was drawn against a bank in Hills, Minnesota, causing a wire communication to be transmitted from Alvord, Iowa to the Federal Reserve in Chicago, Illinois to affect | The check was in the amount of $36,928.80 |

|  |  | the transfer of funds between the banks |  |

This was in violation of Title 18 United States Code § 1343.

### Count 2

On or about February 23, 2016, in the Northern District of Iowa, defendant, Nathan Christie, knowingly made a false statement for the purpose of influencing the action of a bank, an institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in connection with, an application, advance, discount, purchase, purchase agreement, repurchase agreement, commitment, and loans, in that, the defendant forged the signature of his spouse on an Agriculture Security Agreement, relevant to a number of different operating loans defendant was seeking in order to obtain cash to cover up the fraud described in Count 1 of this Information, when in truth and in fact, as the defendant well knew, his spouse did not sign and did not consent to the Agriculture Security Agreement and that the money was not to be used for an agricultural purposes.

This was in violation of Title 18, United States Code, Section 1014.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By:

FORDE FAIRCHILD
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101-1262
712-255-6011

4

712-252-2034 (Fax)
Forde.Fairchild@usdoj.gov